UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

ROBERT BLUESTONE, individually )
and on behalf of all others similarly )
situated, )
) Case No. 3:18-cv-63
*Plaintiff*, )
) Judge Mattice
v. ) Magistrate Judge Guyton
)
JAMES F. HYATT, II, )
)
*Defendant*. )

## JUDGMENT

This case came before the Court on the Motion to Dismiss for Failure to State a Claim (Doc. 63) of James Hyatt. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED**.

Dated at *Chattanooga, Tennessee*, this 2nd day of August, 2019.

                                               /s/ *John Medearis*
                                                  John Medearis
                                                  CLERK OF COURT